**Venustiano CERVANTES–GALVAN, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 08–72006.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 6, 2008.*

Filed Oct. 16, 2008.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Venustiano Cervantes–Galvan, Morro Bay, CA, pro se.

Christopher Mcgreal, Aviva Poczter, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WARDLAW, W. FLETCHER and RAWLINSON, Circuit Judges.

R.App. P. 34(a)(2).

MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' ("BIA") order dismissing petitioner's appeal from an immigration judge's order denying petitioner's application for cancellation of removal.

A review of the administrative record demonstrates that petitioner has presented no evidence that petitioner has a qualifying relative for purposes of cancellation of removal as defined in 8 U.S.C. § 1229b(b)(1)(D). *See Molina–Estrada v. INS*, 293 F.3d 1089, 1093–94 (9th Cir. 2002). The BIA therefore correctly concluded that, as a matter of law, petitioner was ineligible for cancellation of removal. Accordingly, respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

All other pending motions are denied as moot. The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft*, 365 F.3d 741 (9th Cir.2004), shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

